BLAKE, Appellant, v. STIMPSON, Respondent. (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Action by James Blake against Norman M. Stimpson. No opinion. Judgment of the Municipal Court affirmed, with costs.

BLOODHOOD et al., Respondents, v. KINGS COUNTY TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by William E. Bloodgood and another against the Kings County Trust Company. W. P. Maloney, for appellant. H. H. Man, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BOWSKY v. BOWSKY. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Leopold Bowsky against Margaret Bowsky, as administratrix, etc. No opinion. Motion granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

BOYER v. BOYER. In re THOMPSON. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Catherine L. Boyer against Frank W. Boyer. In the matter of the accounting of John A. Thompson, receiver. No opinions. Motion granted, with costs. See, also, 133 App. Div. 932, 118 N. Y. Supp. 1096.

BRADY, Respondent, v. HUDSON RIVER & E. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Thomas Brady, an infant, by John B. Brady, his guardian ad litem, against the Hudson River & Eastern Traction Company. No opinion. Motion for leave to appeal to the Court of Appeals denied. See, also, 120 N. Y. Supp. 1114.

BRAINARD, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Warner Brainard against the New York, Ontario & Western Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the finding of the jury that the plaintiff was assured by the superintendent, three years prior to the accident, that he need take no care for his own safety, is contrary to and against the weight of evidence. See, also, 132 App. Div. 498, 117 N. Y. Supp. 1098.

SPRING and ROBSON, JJ., dissent.

In re BRAWLEY. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) In the matter of the application for the removal from office of William H. Brawley, Police Clerk. No opinion. Motion denied, with $10 costs.

BRICKLE, Respondent, v. SCHAEFFER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Alfred Brickle against Herbert H. Schaeffer.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., dissents.

BRIGHTSON, Appellant, v. RIPSOM, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by George E. Brightson against Theodore N. Ripsom, impleaded with others, etc. No opinion. Appeal dismissed by consent, without costs.

BROOKLYN TRUST CO. v. PHILLIPS et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by the Brooklyn Trust Company, as trustee, etc., against Octavius T. Phillips, as administrator, etc., and others. No opinion. Motions denied, without costs. See, also, 134 App. Div. 697, 119 N. Y. Supp. 401.

In re BROWN et al. (Supreme Court, Appellate Division, Second Department. February 4, 1910.) In the matter of William P. Brown and others for the removal from office of Charles E. Storms, President of the Village of Dobbs Ferry, and John H. Hill, Trustee of the Village of Dobbs Ferry. No opinion. Order of reference to David F. Manning, Esq. See, also, infra.

In re BROWN et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) In the matter of the application of William P. Brown and others for the removal from office of Charles E. Storms and another. No opinion. As the evidence and the report of the referee thereon have been filed with the court, the case is set down for hearing on March 14, 1910. See, also, supra.

BROWN et al., Respondents, v. HORAN, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Nicholas J. Brown and others against William Horan and another. No opinion. Judgment affirmed, with costs.

BUFFALO, L. & R. RY. CO., Respondent, v. NOYER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Action by the Buffalo, Lockport & Rochester Railway Company against John R. Noyer and others. No opinion. Appeal dismissed, with costs, under general rule No. 39.

In re BURNS' WILL. (Supreme Court, Appellate Division, Fourth Department. Febru-